UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| FTF LENDING LLC, a Delaware limited liability company<br><br>    Plaintiff<br><br>vs.<br><br>TNOTES INVESTMENT LLC, a Massachusetts limited liability company, *et al*.<br><br>    Defendants | CASE NO.: 1:22-cv-10670-IT<br><br>UNITED STATES DISTRICT JUDGE INDIRA TALWANI |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT THOMAS NOTO PURSUANT TO FED. R. CIV. P. 55(a)**

To: Robert M. Farrell
   Clerk of Court
   United States District Court for the District of Massachusetts

   Now comes the Plaintiff FTF Lending LLC, a Delaware limited liability company, by and through its undersigned counsel, and respectfully requests the Clerk's entry of default against Defendant Thomas Noto pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

   In support of this Request, the Plaintiff FTF Lending LLC states as follows:

   1. On May 4, 2022, the Plaintiff FTF Lending LLC filed that certain Complaint. (ECF Doc. 1.)

   2. On May 21, 2022, Merrill J. Smallwood, a process server and competent adult not having a direct interest in the within action, personally served the Summons and Complaint upon Defendant Thomas Noto. (ECF Doc. 10.) Defendant accepted personal service of the Summons and Complaint from Smallwood at 88 Myrtlebank Avenue, Boston, Massachusetts 02124. (*Id*.)

3. On June 13, 2022, the Plaintiff FTF Lending LLC filed that certain Affidavit of Service from Smallwood evidencing the successful personal service of the Summons and Complaint upon Defendant Thomas Noto. (*Id.*)

4. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Thomas Noto was to move, plead, or otherwise respond to the Complaint on or before June 13, 2022.

5. Per agreement of the parties, the Plaintiff FTF Lending LLC agreed to provide Defendant with additional time, up to and including June 30, 2022, to move, plead, or otherwise respond to the Complaint.

6. The docket indicates that Defendant Thomas Noto (1) has failed to move, plead, or otherwise respond to the Complaint within the time specified under the Federal Rules of Civil Procedure, and (2) has not filed any motion for extension of time to move, plead, or otherwise respond to the Complaint.

7. Based upon Defendant Thomas Noto's failure to move, plead, or otherwise respond to the Complaint within the time specified under the Federal Rules of Civil Procedure, the Plaintiff FTF Lending LLC respectfully requests the Clerk's entry of default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure

WHEREFORE, for the above-stated reasons, the Plaintiff FTF Lending LLC respectfully requests the Clerk's entry of default against Defendant Thomas Noto pursuant to Rule 55(a) of the Federal Rules of Civil Procedure based upon Defendant's failure to move, plead, or otherwise respond to the Complaint within the time specified under the Federal Rules of Civil Procedure.

Dated: July 5, 2022

*s/ Brendan H. Little*
_____

| | |
|---|---|
| Brendan H. Little, Esquire | Michael J. Palumbo, Esquire |
| Mass. Board of Bar Overseers #669738 | (*Motion to Appear Pro Hac Vice to Be Filed*) |
| Lippes Mathias LLP | Gingo Palumbo Law Group LLC |
| 50 Fountain Plaza, Suite 1700 | Summit One |
| Buffalo, New York 14202 | 4700 Rockside Road, Suite 440 |
| T: (716) 853-5100 | Independence, Ohio 44131 |
| F: (716) 853-5199 | T: (216) 503-9512 |
| E: blittle@lippes.com | F: (888) 827-0855 |
| | E: michael@gplawllc.com |

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify the following:

1. Plaintiff's Request for Clerk's Entry of Default Against Defendant Thomas Noto Pursuant to Fed. R. Civ. P. 55(a) was filed on July 5, 2022 via the CM/ECF Filing System for the United States District Court for the District of Massachusetts (Boston Division).

2. The Parties appearing on the Notice of Electronic Filing, as noted below, may access the aforesaid pleading through the CM/ECF system:

   Brendan H. Little, Esquire, blittle@lippes.com
   Jaclyn Munson, Esquire, Jaclyn.munson@boston.gov
   Ryan C. Siden, Esquire, rsiden@sidenlaw.com

3. A true and accurate copy of the aforesaid pleading was served on July 5, 2022 via United States regular mail, postage prepaid, upon the following:

   Thomas Noto
   88 Myrtlebank Avenue
   Boston, Massachusetts 02124

                                        *s/ Brendan H. Little*
                                        _____
                                        Brendan H. Little, Esquire
                                        *Counsel for the Plaintiff*